# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

161395

BETH BAUER,
          Petitioner-Appellant,

v

SAGINAW COUNTY and SAGINAW
COUNTY PROSECUTOR,
          Respondents-Appellees.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161395
COA: 344050
Saginaw CC: 17-032353-AA

_____/

      On order of the Court, the application for leave to appeal the April 16, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020

a1028

Clerk